## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 4:14-cv-02124 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE #23, OWNER OF IP ADDRESS 98.195.236.9

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 23, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.195.236.9.

DATED:  November 5, 2014                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　Dallas Buyers Club, LLC,

　　　　　　　　　　　　　　　　　　　　　　　　s/Daniel R. Kirshbaum, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Daniel R. Kirshbaum
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 11533000
　　　　　　　　　　　　　　　　　　　　　　　　4900 Woodway, Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77056
　　　　　　　　　　　　　　　　　　　　　　　　(832) 617-5683-ofc
　　　　　　　　　　　　　　　　　　　　　　　　(713) 208-7709-cell
　　　　　　　　　　　　　　　　　　　　　　　　(832) 266-0282-fax

　　　　　　　　　　　　　　　　　　　　　　　　s/ Keith A. Vogt
　　　　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　　　　　Takiguchi & Vogt, LLP
　　　　　　　　　　　　　　　　　　　　　　　　1415 West 22nd Street, Tower Floor
　　　　　　　　　　　　　　　　　　　　　　　　Oakbrook, IL 60523
　　　　　　　　　　　　　　　　　　　　　　　　(630) 974-5707
　　　　　　　　　　　　　　　　　　　　　　　　KVogt@takiguchiandvogt.com

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff